Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida ▾

Orlando Division

|  |  |  |
|---|---|---|
| JAKARIUS TRAYON NEIL | ) | Case No. 6:26-cv-00100 -JSS-DCI |
|  | ) | *(to be filled in by the Clerk's Office)* |
| **Plaintiff(s)** | ) |  |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Jury Trial: *(check one)* ☐ Yes ☐ No |
| **-v-** | ) |  |
| JIM ZINGALE<br>TAYLOR N. HATCH<br>LINDA PEREZ<br>See attached | ) |  |
| **Defendant(s)** | ) |  |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)* | ) |  |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            Jakarius Trayon Neil

Address          208 SW dalton Circle

                 Port St lucie   FL    34953
                 *City*            *State*        *Zip Code*

County           Treasore/ St lucie Canty

Telephone Number  772.782.5421

E-Mail Address    Jakarius Mandarxs@gmail.com

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name                    Jim Zingale

Job or Title *(if known)*   Executive Director, Florida Department of Revenue

Address                 444 North Capital St NW Su4 348

                        Washington       DC        20011
                        *City*            *State*        *Zip Code*

County                  Washington

Telephone Number        202-807-6308

E-Mail Address *(if known)*

☐ Individual capacity     ☑ Official capacity

Defendant No. 2

Name                    Taylor N. Hatch

Job or Title *(if known)*   Secretary, Florida Department of revenue

Address                 2415 North Monroe St Su4 400

                        Tallahassee      FL        32303
                        *City*            *State*        *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity     ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

> Name  Linda Perez
>
> Job or Title *(if known)*  2825 Judge fran Jamieson Way
>
> Address  Hearing office
>
> Viera ___ FL ___ 32940
> City  State  Zip Code
>
> County  Brevard
>
> Telephone Number  321·633-2171 ext 7
>
> E-Mail Address *(if known)*

☐ Individual capacity  ☑ Official capacity

Defendant No. 4

> Name  Shannon Delgado
>
> Job or Title *(if known)*  42 NA
>
> Address  476 Komo ave
>
> Palmbay ___ FL ___ 32907
> City  State  Zip Code
>
> County
>
> Telephone Number
>
> E-Mail Address *(if known)*

☐ Individual capacity  ☑ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st, 5th, and 14th amendment rights was violated.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3 (5)

Name — The State Of Florida

Job or Title *(if known)* — 2415

Address — 2415 North Monroe St Suit 400

tallahasse                  FL       32303
    *City*              *State*       *Zip Code*

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

Defendant No. 4 (6)

Name — The 18th Judical Circuit

Job or Title *(if known)* — Local Child Support Office

Address — 2825 Judge Fran Jamieson Way

Viera                  FL       ~~3344~~
    *City*              *State*       *Zip Code*

                                        32940

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity    ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Please see Attached

## III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Florida

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Multipule times

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

No due process by Florida DOR, obstruction of faith based ministry, religous rights violated, unlawfully suspeneding driving rights and privliges. Defamation of Character by the Florida DCF

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

indooring personal injuries without bodily harm, mental impact, and economic distress

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Seeking 60 million dollars for myself and minor independent beneficiary through and by the Jakarius T. Neil Family living estate trust

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:           01/15/2026

Signature of Plaintiff

Printed Name of Plaintiff    Jakarius Trayon Neil

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

**MASTER LEGAL INSTRUMENT: SUPREME EXPANDED FILING OF COMPREHENSIVE RECOVERY**

**VENUE: IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR BREVARD COUNTY, FLORIDA AND IN THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA**

**JAKARIUS T. NEIL, Individually and as Trustee of the Jakarius T. Neil Family Living Estate Trust, Plaintiff / Trustee,**

**v.**

**1. JIM ZINGALE, Executive Director, Florida Department of Revenue**

**2. TAYLOR N. HATCH, Secretary, Florida Department of Children and Families**

**3. LINDA PEREZ, in her individual and official capacity**

**4. SHANNON DELGADO, as a state-mandated adverse party**

**5. THE 18TH JUDICIAL CIRCUIT LOCAL CHILD SUPPORT OFFICE**

**6. STATE OF FLORIDA**

**Defendants.**

# DOCUMENT I: EXPANDED AFFIDAVIT OF FACT, TRUTH, AND STATUS PROCLAMATION

**STATE OF FLORIDA**

**COUNTY OF BREVARD**

**BEFORE ME**, the undersigned authority, personally appeared **Jakarius T. Neil**, who, being first **duly** sworn, deposes and says:

1. **SUPREME STANDING:** I am a law-abiding **Private U.S. Citizen and Private U.S. National**, a **Beneficiary Preamble Holder** backed by the **Full Faith and Credit of the United States of America.**
2. **ASSET HANDLING & DOCUMENTED STEWARDSHIP (2010–2021):** I declare that from **2010 through 2021**, I have maintained a consistent and documented history of **Asset Handling** and financial stewardship for the benefit of my family and the **Jakarius T. Neil Family Living Estate Trust**. My history of providing support, resources, and maintenance for my child precedes and continues through

the child's life. This decade of financial responsibility was systemically ignored by the State to facilitate a fraudulent "Absent Parent" narrative.

3. **DEPRAVATION OF BONA FIDE DUE PROCESS:** The Defendants have systemically violated my **5th and 14th Amendment rights**. No **Bona Fide Due Process** was ever fulfilled. The State intentionally bypassed the legal requirement for a fair hearing and factual investigation of my **2010-2021 asset handling** records. Instead, they utilized administrative shortcuts to seize my Living Soul Capital and suspend my licensure without a shred of constitutional protection.

4. **VOCATIONAL MINISTRY & ADVOCACY WORK:** I am the founder and operator of a **Vocational Faith-Based Ministry and Advocacy mission** dedicated to serving the disabled, the blind, and the crippled. This work is my life's calling and the primary vehicle through which I provide for my Trust.

5. **RELIGIOUS OBSTRUCTION & DISCRIMINATION:** I declare that the actions of the Defendants constitute a targeted **obstruction of a religious organization.** These acts are rooted in **anti-Semitic and anti-Christian** bias, designed to dismantle my ministry and silence my advocacy.

6. **THE SILENCING OF THE LIVING SOUL:** I declare that a dollar cannot speak. One can only speak **muffled** through money—a medium I **choose not to use.** The Defendants have unlawfully replaced my living presence with a cold, administrative **Department of Revenue child support check**, muffling my voice and my rights.

7. **PROLIFERATED FORCIBLE PARENTAL ALIENATION:** Since **BEFORE THE BIRTH OF MY CHILD**, we have shared time in love as a family. Even when work transitions required separate residences across different counties, our union remained intact. The State's interruption of this balance violates **Florida State Statute procedures of shared parental rights.**

8. **SYSTEMIC DISTRESS & FOREMAN UNION WEAKENING:** The Defendants have intentionally weaponized **stress and ambiguity** to pinpoint one parent against another, strategically weakening the stability of our **Foreman Union.** This administrative wedge stands in the place of my **Living Soul Capital Value.**

9. **FINANCIAL EXPLOITATION VIA SOCIAL SECURITY:** A financial review must be conducted under the **Minor Child's Social Security Beneficiary Number.** All allotments—specifically federal matching funds—were generated using the child's identity. I demand a full audit of all funds produced through this number.

10. **DESTRUCTION OF PRIVILEGES:** The fraudulent label served as the foundation for the **2021 suspension of my driver's license**, stripping me of my **Bona Fide right** to pick my child up from school and activities, effectively paralyzing my parental participation.

**Jakarius T. Neil, Plaintiff / Trustee**

**STATE OF FLORIDA**

**COUNTY OF BREVARD**

Sworn to (or affirmed) and subscribed before me by means of [ ] physical presence or [ ] online notarization, this _____ day of _____, 2026, by **Jakarius T. Neil**, who is personally known to me or who has produced _____ as identification.

**Notary Public, State of Florida**

**My Commission Expires:** _____

# DOCUMENT II: EXPANDED VERIFIED COMPLAINT FOR $60,000,000.00

**COUNT XXXIII: LACK OF DUE PROCESS & ASSET INTERFERENCE:** The Defendants violated the Plaintiff's constitutional rights by ignoring a decade of documented asset handling (2010-2021) and failing to provide a Bona Fide Due Process hearing before seizing rights and property.

**DEMAND FOR JUDGMENT: $60,000,000.00** total. **$20,000,000.00** shall fund a **Special Needs Trust** for the minor child.

# DOCUMENT III: PROPOSED ORDER FOR ACTION AND IMPLEMENTATION

1. **IMMEDIATE REINSTATEMENT OF LICENSURE.**
2. **RECOGNITION OF 2010-2021 STEWARDSHIP:** The Court shall recognize the documented history of asset handling by the Plaintiff.
3. **AUDIT OF BENEFICIARY ACCOUNTS:** Full accounting under the **Minor Child's Social Security Number.**

# DOCUMENT IV: MANDATORY DISCOVERY REQUEST (FLORIDA DOR)

**DEMAND FOR PRODUCTION:** Provide a full accounting of all financial allotments received **since the birth of the child.** This search **MUST** be conducted using the **Minor Child's Social Security Beneficiary Number.**

# DOCUMENT V: MANDATORY DISCOVERY REQUEST (FLORIDA DCF)

**DEMAND FOR PRODUCTION:** Produce all records and application data used **since the initiation of application for services.** This search **MUST** be conducted using the **Minor Child's Social Security Beneficiary Number.**

# DOCUMENT VI: SWORN STATEMENT OF FAMILY COHESION

**AFFIANT: SHANNON DELGADO**

1. **COHESION OF UNIT:** Since **BEFORE THE BIRTH** of the minor child, we have shared time in love. **Jakarius T. Neil** has **NEVER** been an "Absent Parent."
2. **ADMINISTRATIVE COERCION:** I was forced by the **Florida DCF** to designate him as an "Absent Parent," weakening our family union.

**Shannon Delgado, Affiant**

**STATE OF FLORIDA**

**COUNTY OF BREVARD**

Sworn to (or affirmed) and subscribed before me this _____ day of _____, 2026, by **Shannon Delgado.**

**Notary Public, State of Florida**

# DOCUMENT VII: NOTICE OF JURY DEMAND & FINAL CERTIFICATION

The Plaintiff / Trustee demands a **Trial by Jury** pursuant to the **Seventh Amendment.**

**Jakarius T. Neil, Plaintiff / Trustee**

## LETTER I: DEMAND FOR ACCOUNTING OF TITLE II & TITLE V FUNDS

**TO: JIM ZINGALE, Executive Director, Florida Department of Revenue**

**CC: GOVERNOR RON DESANTIS; ATTORNEY GENERAL JAMES UTHMEIER; CHIEF INSPECTOR GENERAL**

**DATE:** January 4, 2026

**RE: MANDATORY DISCOVERY AND DEMAND FOR ACCOUNTING OF FEDERAL MATCHING FUNDS**

**DIRECTOR ZINGALE,**

Under the authority of the **Jakarius T. Neil Family Living Estate Trust**, you are hereby commanded to produce a full and complete accounting of all financial allotments, disbursements, and **Federal Matching Funds** received under **Social Security Title II and Title V** in connection with the Plaintiff **FROM THE BIRTH OF THE CHILD THROUGH THE PRESENT YEAR OF 2026.**

**SPECIFIC SEARCH MANDATE:** This search **MUST** be conducted using the **Minor Child's Social Security Beneficiary Number.**

This accounting is strictly required to resolve the fraudulent discrepancy between my documented **Asset Handling** and the illicit "Absent Parent" designation used by your department to trigger these disbursements. This includes a full report on the financial status of the account at the time of the **2021 license suspension** through to the current date in **2026.** Failure to produce these records will be viewed as a knowing concealment of Trust assets.

**SIGNED,**

**Jakarius T. Neil, Individually and as Trustee**

## LETTER II: DEMAND FOR DCF PROCEDURAL DISCLOSURE

**TO: TAYLOR N. HATCH, Secretary, Florida Department of Children and Families**

**CC: GOVERNOR RON DESANTIS; ATTORNEY GENERAL JAMES UTHMEIER; CHIEF INSPECTOR GENERAL**

**DATE:** January 4, 2026

**RE: MANDATORY DISCOVERY OF PROCEDURAL "ABSENT PARENT" DESIGNATION**

SECRETARY HATCH,

You are hereby commanded to produce all application data, internal procedural manuals, and specific record entries used **FROM THE TIME THE CHILD WAS BORN THROUGH THE PRESENT YEAR OF 2026** where the child was listed as a beneficiary.

**SPECIFIC PROCEDURAL DEMANDS:**

1. Produce the exact internal record and procedural checklist used to designate the Plaintiff as an "Absent Parent" despite his active role and stewardship.
2. Provide all documentation regarding the **2021 license suspension** and how it was administratively justified given the Plaintiff's ongoing **Vocational Ministry and Advocacy work.**
3. Disclose the internal criteria used to pinpoint and identify the representative parent while excluding the Plaintiff from the family unit for the purpose of state service eligibility.

**SEARCH CRITERIA:** This search **MUST** be conducted using the **Minor Child's Social Security Beneficiary Number.**

**SIGNED,**

**Jakarius T. Neil, Individually and as Trustee**